IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIFFANY DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 3:15-CV-655-WKW |
| AUBURN BANK, | ) ) ) |
| Defendant. | ) ) ) |

## **ORDER**

On March 30, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Defendant's Motion to Dismiss (Doc. # 5) is GRANTED; and

(3) This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 18th day of April, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE